UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOME BOX OFFICE, INC.,

                              Plaintiff,

           vs.

ECHOSTAR SATELLITE L.L.C.,

                              Defendant.

08 Civ. 3358 (JGK)

ECF CASE

---

HOME BOX OFFICE, INC.'S RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Home Box Office, Inc. ("HBO Inc.") certifies that it is owned entirely by Warner Communications Inc., which is ultimately and indirectly owned by Time Warner Inc., a publicly traded company. No publicly traded company has a 10 percent or greater stock ownership in HBO Inc.

April 4, 2008

                              CRAVATH, SWAINE & MOORE LLP

                              by _____
                                  Katherine B. Forrest (KF-1979)
                                    Member of the Firm

                                    Worldwide Plaza
                                    825 Eighth Avenue
                                    New York, NY 10019-7475
                                    (212) 474-1000
                                    (212) 474-3700 (fax)
                                    kforrest@cravath.com

                              *Attorneys for Plaintiff Home Box Office, Inc.*