USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOME BOX OFFICE, INC.,

                                Plaintiff,

-against-

ECHOSTAR SATELLITE L.L.C.,

                                Defendant.

08 Civ. 03358 (JGK)

NOTICE OF DISMISSAL
WITHOUT PREJUDICE

ECF CASE

        PLEASE TAKE NOTICE that, pursuant to Fed R. Civ. P. 41(a)(1)(i), plaintiff Home Box Office, Inc. hereby dismisses the above-captioned action without prejudice and without costs to either party.

April 11, 2008

                                CRAVATH, SWAINE & MOORE LLP,

                                by

                                _____
                                Katherine B. Forrest
                                A member of the Firm

                                Worldwide Plaza
                                825 Eighth Avenue
                                New York, NY 10019
                                (212) 474-1000

                                Attorneys for Plaintiff
                                Home Box Office, Inc.

To:    Stanton Dodge, Esq.
        ECHOSTAR SATELLITE LLC
        9601 South Meridian Boulevard
        Englewood, CO 80112
        Tel: (303) 723-1611
        Fax: (303) 723-1999

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.
(Part I)